LOUIS HUGOT v. JAMES E. GAFFNEY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LUKE BLAKE v. JACOB MATTERN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

METAL SHELTER COMPANY, INC., v. WILLIAM I. T. FOSDICK, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM L. CARNS and Others v. EDGAR W. BASSICK, Impleaded, etc. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Smith, J., dissented.

VIRGINIA T. HUDSON v. WORLD FILM CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN M. STODDARD v. MAUD R. STODDARD.— Motion granted; questions certified; defendant stayed from entering judgment pending appeal. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY SCHAEFER v. GEORGE C. TAYLOR, as President, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAY ROTH v. FRIEDMAN CONTRACTING COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JACOB HENIG and Others v. EDDY PALMER and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

IDA P. BRYDE v. FRIDTJOF BRYDE.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GRACE M. SMITH v. CHARLES JORDING.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CHARLES T. BROWN v. ARTHUR B. LEACH and Others.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of MARY A. SECOR, Deceased.— Motion for substitution granted; motion to dismiss appeal denied, with leave to renew as stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ELLEN J. MUSGRAVE v. CHRISTOPHER J. MUSGRAVE and Others.— Motions to dismiss appeals denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of THE CITY OF NEW YORK (SEWERAGE DIST. No. 43). — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.